No. 88–5313.   NASH v. ERVIN.   C. A. 4th Cir.   Certiorari denied.

No. 88–5316.   TWITTY v. MAASS.   C. A. 9th Cir.   Certiorari denied.

No. 88–5317.   POLLOCK v. MARSHALL.   C. A. 6th Cir.   Certiorari denied.

No. 88–5329.   CASAMENTO v. NORTHERN VIRGINIA MENTAL HEALTH INSTITUTE.   Cir. Ct. Va., Fairfax County.   Certiorari denied.

No. 88–5331.   SHEFFIELD v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 88–5333.   MCCLAIN v. CAPUTO ET AL.   C. A. 3d Cir. Certiorari denied.

No. 88–5335.   FISHER v. RIDDICK, JUDGE, MADISON COUNTY, ALABAMA, PROBATE COURT, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 88–5338.   GRAVES v. THURMAN, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 88–5340.   HEMPHILL v. DAILY GAZETTE CO., INC., ET AL. Cir. Ct. W. Va., Kanawha County.   Certiorari denied.

No. 88–5341.   BROWN v. NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 88–5348.   BELL v. FREEMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CAMP HILL, PENNSYLVANIA, ET AL.

No. 88–5351.   DAVIS v. MCLAUGHLIN, SECRETARY OF LABOR. C. A. D. C. Cir.   Certiorari denied.

No. 88–5357.   PERALES v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 88–5359.   PLYLER ET AL. v. EVATT, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 4th Cir. Certiorari denied.

No. 88–5371.   LANGLEY v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.